```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0227--CV (JWS)
                "REBECCA HUFFMAN V GENERAL MOTORS CORP"

        Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 09/14/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (365) Personal injury - product liability

           Origin: (2) Removed from State Court
           Demand: 75
       Filing fee: Paid $250.00 on 09/14/05 receipt # 00126590
         Trial by: Jury
```

| Parties of Record: | Counsel of Record: |
|---|---|
| PLF 1.1   HUFFMAN, REBECCA | Jeffrey A. Magid<br>P. Dennis Maloney PC<br>2525 C Street, Suite 425<br>Anchorage, AK 99503<br>907-770-0007<br>FAX 907-222-0007 |
| DEF 1.1   GENERAL MOTORS CORP | Steven S. Tervooren<br>Hughes Bauman et al<br>3900 C Street, Suite1001<br>Anchorage, AK 99503<br>907-274-7522<br>FAX 907-263-8320 |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0227--CV (JWS)
                          "REBECCA HUFFMAN V GENERAL MOTORS CORP"

                                    For all filing dates


  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
            Filed: 09/14/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (365) Personal injury - product liability

           Origin: (2) Removed from State Court
           Demand: 75
       Filing fee: Paid $250.00 on 09/14/05 receipt # 00126590
         Trial by: Jury


Document #   Filed      Docket text

    1 -  1   09/14/05   DEF 1 Notice of Removal of state court action 3AN-05-10774 w/att exhs.

    2 -  1   09/14/05   DEF 1 Attorney Appearance.

    3 -  1   09/14/05   DEF 1 Service List of All Parties.

    4 -  1   09/14/05   DEF 1 General Motors Corporation's Disclosure Statement Pursuant to FRCP
                        7.1.

    5 -  1   09/14/05   DEF 1 Jury Demand.

    6 -  1   09/14/05   DEF 1 Answer to Complaint.

    7 -  1   09/16/05   JWS Minute Order subsequent to removal that w/in 10 days petitioner to
                        file copies of state court docs & svc list. cc:  cnsl

    8 -  1   09/19/05   DEF 1 Notice of compliance.

    9 -  1   09/20/05   JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl

   10 -  1   10/18/05   PLF 1; DEF 1 Scheduling & Planning Conference Report.

   11 -  1   10/21/05   JWS Scheduling and Planning Order setting pretrial ddlns: Original disc
                        08/26/06; Dispositive mots ddln 09/26/06; 6 day TBJ estimate. cc: cnsl
```