P. DENNIS MALONEY, P.C.
2525 C Street, Ste. 425
Anchorage, AK  99503
(907) 770-7007
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

REBECCA HUFFMAN,           )
                           )
        Plaintiff,         )
                           )
vs.                        )
                           )
GENERAL MOTORS CORP.,      )
                           )
        Defendant.         )
_____)   Case No. A05-0227 CV (JWS)

### JOINT STATUS REPORT

In accordance with the court's May 6, 2006 Order Requiring Status Report for Cases Assigned to the Honorable Timothy M. Burgess, the parties report the following:

A.  **Nature of the Case.**

   1.  **Lead Attorneys:**

       **P. Dennis Maloney,** attorney for plaintiff

       **Steven S. Tervooren,** attorney for defendant

   2.  **Basis for Federal Jurisdiction:** Diversity of citizenship

   3.  **Nature of Claims Asserted:** Personal injury claims arising out of a defective product manufactured and/or distributed by GM.

4. **Service of Parties:** All parties have been served.

5. **Principal Legal Issues:** Strict liability in tort – failure to meet manufacturer's objectives; strict liability in tort – failure to meet user expectations; strict liability in tort – design defect; breach of warranty of fitness; Whether defendant corporation breached an implied warranty of safety of the heating unit to plaintiff.

6. **Principal Factual Issues:** Whether plaintiff's injuries were the proximate cause of the malfunctioning and/or improperly built and/or improperly designed seat warmer manufactured and/or distributed by GM. Whether there is comparative fault and, if so, how fault should be allocated.

B. **Discovery.**

1. **Status of Discovery:** Plaintiff and defendant have exchanged discovery and Rule 26 disclosures have been made by both parties. No depositions have been done to date. GM has requested the deposition of plaintiff, the vehicle's former owner and plaintiff's medical providers.

2. **Status of Motions:** There are no motions currently pending before the court. GM states that it intends to file a motion for summary judgment (statute of limitations) on any implied warranty claim.

3. **Principal Rulings:** Order to Petitioner Subsequent to Removal, dated September 16, 2005.

4. **Previously Filed Status Reports:** The parties filed a joint Scheduling and Planning Conference Report on October 17, 2005.

C. **Trial.**

1. The parties anticipate that trial in this matter will take seven days. A jury trial has been demanded.

**D.   Settlement.**

1. The parties are pursuing settlement of this matter.

P. DENNIS MALONEY, P.C.
Attorneys for Plaintiff

DATED: 5\24\6         By: _____
                           for P. Dennis Maloney
                           AK Bar No. 7410089

HUGHES, BAUMAN, PFIFNER,
GORSKI & SEEDORF, LLC
Attorneys for Defendant

DATED: 5\24\6         By: /s/ By consent JAM 5\25\6
                           Steven Tervooren
                           AK Bar No. 7910085