Steven S. Tervooren
Hughes Bauman Pfiffner
 Gorski & Seedorf LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
(907) 274-7522
Attorneys for General Motors Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REBECCA HUFFMAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS CORPORATION,<br><br>　　　　　Defendant. | Case No. 3:05-cv-00227-TMB<br><br>**STIPULATION FOR DISMISSAL**<br>**WITH PREJUDICE** |

Pursuant to F.R.C.P. 41(a)(1)(ii) it is hereby stipulated and agreed by and between the parties, through their respective counsel of record, that all claims in the above-entitled action be dismissed with prejudice and each party shall bear its own costs and attorney's fees, for the reason that the issues presented have been fully resolved by settlement and release.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

RESPECTFULLY SUBMITTED this ___ day of June, 2006.

HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF LLC
Attorneys for Defendant General Motors Corporation

By: _____
Steven S. Tervooren
Alaska Bar No. 7910085

3900 C Street, Suite 1001
Anchorage, Alaska 99503
907-263-8225/907-263-8320 (fax)
sst@bbplaw.net

P. DENNIS MALONEY, PC
Attorneys for Plaintiff Rebecca Huffman

By: _____
P. Dennis Maloney
Alaska Bar No. 7410089

2525 C Street, Suite 425
Anchorage, Alaska 99503
907-770-0007/907-222-0007 (fax)
dennis@alaska-attorney.com

*Stipulation for Dismissal With Prejudice*
*Huffman v. General Motors*, Case No. 3:05-cv-00227-TMB
Page 2 of 2

TOTAL P.02